# Court of Appeals
# of the State of Georgia

ATLANTA,    March 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1260.  ERIC SHEPHERD v. THE STATE.**

In April 2013, the trial court revoked three years of Eric Shepherd's probation, after finding that Shepherd violated a special condition of probation.  Shepherd filed a direct appeal from that order, which was dismissed based on his failure to follow the discretionary appeal procedures. *Shepherd v. State*, Case No. A14A1065 (dismissed March 11, 2014).  He also filed an application for discretionary appeal from the order, which we dismissed as untimely. *Shepherd v. State*, Case No. A14D0322 (dismissed May 6, 2014).  Shepherd then filed an application for discretionary appeal from the trial court's order clarifying a condition of his probation, which we denied on the merits.  *Shepherd v. State*, Case No. A15D0102 (denied November 7, 2014).  Shepherd has now filed a notice of appeal from the denial of his application for discretionary appeal.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). The denial of Shepherd's application for discretionary appeal was an adjudication on the merits and is not a directly appealable order.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*     03/26/2015    
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*